[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 617.]

THE STATE OF OHIO, APPELLEE, *v*. KISH, APPELLANT.

[Cite as *State v. Kish*, 1995-Ohio-253.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when appellate court finds that applicant failed to establish any prejudice as required by App.R. 26(B)(2)(d).*

(No. 94-2222—Submitted January 24, 1995—Decided March 22, 1995.)

APPEAL from the Court of Appeals for Lorain County, No. 93CA005773.

————————————

{¶ 1} Appellant, Robb V. Kish, was convicted of attempted murder, felonious assault, and aggravated menacing. The Court of Appeals for Lorain County affirmed the convictions. He timely filed an application to reopen his direct appeal pursuant to App.R. 26(B), alleging that his appellate counsel was ineffective by, as summarized by the court of appeals, "(1) failing to show in [appellant's] direct appeal how he was prejudiced by the trial court's denial of his motion to remove his appointed trial counsel; (2) failing to assign as error the denial of due process and a fair trial resulting from the extreme bias and prejudice of the trial judge; and (3) failing to assign as error trial counsel's ineffectiveness based on [at] least nine separate reasons outlined in the application for reopening." The court of appeals examined each claim and held that appellant had failed to establish any prejudice, as required by App.R. 26 (B)(2)(d), and denied the application. Appellant appeals to this court.

————————————

*Gregory A. White*, Lorain County Prosecuting Attorney, and *Robert F. Corts*, Assistant Prosecuting Attorney, for appellee.

*Robb V. Kish*, *pro se*.

———————————

**Per Curiam.**

{¶ 2} The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.

———————————